1  Steven C. Wolan (State Bar No. 56237)
   Andrea S. Carlise (State Bar No. 151648)
2  PATTON♦WOLAN♦CARLISE, LLP
   1999 Harrison Street, Suite 1350
3  Oakland, CA  94612
4  Telephone:   (510) 987-7500
   Facsimile:    (510) 987-7575
5  Email:  swolan@pwc-law.com; acarlise@pwc-law.com

6  Attorneys for Defendant, ALAMEDA COUNTY
   MEDICAL CENTER sued incorrectly herein as
7  HIGHLAND HOSPITAL

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11
   NAVINDRA KUMAR, an individual,              Case No.: C09-04312 EDL
12
              Plaintiff,                       STIPULATED REQUEST FOR ORDER
13                                             CHANGING TIME FOR DISPOSITIVE
       vs.                                     MOTION(S), EXPERT DISCLOSURES/
14                                             DISCOVERY, PRE-TRIAL CONFERENCE AND
   ALAMEDA COUNTY MEDICAL CENTER, a            TRIAL AND [PROPOSED] ORDER
15 governmental agency; HIGHLAND                **AS MODIFIED**
   HOSPITAL, a business entity of form unknown,
16 and DOES 1-50, inclusive,

17            Defendants.

18

19

20

21      The parties, by and through their respective counsel of record, hereby stipulate and request a

22 court order as follows:

23      1)   Fact discovery cutoff is extended to December 3, 2010;

24      2)   The last day for hearing dispositive motions, previously scheduled for January 11,

25           2011, is extended to February 15, 2011 at 9:00 a.m.  Dispositive motions shall be

26           served and filed no later than **thirty-five (35)** days prior to the scheduled hearing date.

27           Any opposition shall be served and filed no later than **twenty-one (21)** days prior to the

28

---
STIPULATED REQUEST FOR ORDER CHANGINGING TIME, etc.                    (Case No. C09-04312 EDL)

1

1  hearing date.  Any reply to the opposition shall be served and filed no later than

2  **fourteen (14)** days prior to the date of the hearing;

3      3)    Initial expert disclosures are extended to April 1, 2011;

4      4)    Rebuttal expert disclosures are extended to April 8, 2011; and

5      5)    The expert discovery cutoff shall be extended to April 29, 2011.

6      6)    The Pre-Trial Conference, previously scheduled for March 22, 2011, shall be held on ~~June 14~~ **JUNE 7**, 2011 at 2:00 p.m. in Courtroom E, 15th Floor, Golden Gate Avenue, San Francisco, CA 94102.

7      7)    Jury Trial, previously scheduled for April 11, 2011, will begin on ~~July 18~~ **JULY 11**, 2011, at 8:30 a.m. in Courtroom E, 15th Floor, Golden Gate Avenue, San Francisco, CA 94102.

The Declaration of Andrea S. Carlise setting forth the reasons for the above request in compliance with Civil Local Rule 6-2 is being filed and served concurrently herewith.

Respectfully submitted,

Dated:  November 23, 2010        STRATTON & GREEN, ALC

By: __/s/ Cynthia L. Stratton_____
    CYNTHIA L. STRATTON
    Attorney for Plaintiff, NAVINDRA KUMAR

///
///
///
///
///
///
///
///
///

---

STIPULATED REQUEST FOR ORDER CHANGINING TIME, etc.    (Case No. C09-04312 EDL)

2

1 | Dated:  November 23, 2010          PATTON ♦ WOLAN ♦ CARLISE, LLP

By: ___/s/ Andrea S. Carlise_____
ANDREA S. CARLISE
Attorney for Defendant, ALAMEDA COUNTY
MEDICAL CENTER sued incorrectly herein as
HIGHLAND HOSPITAL

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED. **AS MODIFIED**

Dated: __November 24_____, 2010     _/s/ Elizabeth D. Laporte_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

---

STIPULATED REQUEST FOR ORDER CHANGINING TIME, etc.      (Case No. C09-04312 EDL)

3